■ DAVID VAN SLYKE, Respondent, v NIAGARA MOHAWK POWER CORPORATION, Appellant, and GENERAL CABLE CORPORATION, Respondent. NIAGARA MOHAWK POWER CORPORATION, Third-Party Plaintiff-Appellant, v NEW YORK TELEPHONE COMPANY, Third-Party Defendant-Appellant. GENERAL CABLE CORPORATION, Third-Party Plaintiff-Respondent, v NEW YORK TELEPHONE COMPANY, Third-Party Defendant-Appellant. (Appeal No. 2.) — Order unanimously reversed and motion denied, without costs. Same memorandum as in *Van Slyke v Niagara Mohawk Power Corp.* (Appeal No. 1) (93 AD2d 990). (Appeal from order of Supreme Court, Onondaga County, Inglehart, J. — apportionment of damages.) Present — Dillon, P. J., Callahan, Denman, Boomer and Moule, JJ.

TELEPHONE COMPANY, Third-Party Defendant-Appellant. GENERAL CABLE CORPORATION, Third-Party Plaintiff-Respondent, v NEW YORK TELEPHONE COMPANY, Third-Party Defendant-Appellant. (Appeal No. 3.) — Judgment unanimously reversed, on the law and facts, without costs, and a new trial granted on Niagara Mohawk Power Corporation's third-party complaint. Same memorandum as in *Van Slyke v Niagara Mohawk Power Corp.* (Appeal No. 1) (93 AD2d 990). (Appeals from judgment of Supreme Court, Onondaga County, Inglehart, J. — apportionment of damages.) Present — Dillon, P. J., Callahan, Denman, Boomer and Moule, JJ.